UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────────x

In re:                                                          Chapter 13
                                                                Case No. 23-41205-ess
MOHAMMED M ISLAM,
*dba* Salzburg Inc
*dba* 737 Hancock St Corp
*dba* Multy Ave Inc

                Debtor.
──────────────────────────────────────x

## ORDER DISMISSING CASE

WHEREAS, on April 6, 2023, Mohammed M Islam (the "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, the Debtor has not filed Schedule A/B (Property) (Official Form 106A/B), Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D), Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F), Schedule I (Your Income) (Official Form 106I), Schedule J (Your Expenses) (Official Form 106J), Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1), and Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (the "Missing Schedules and Statements"); and

WHEREAS, pursuant to Bankruptcy Code Section 521(a)(1)(B) and Bankruptcy Rule 1007(c), the Debtor is required to file the Missing Schedules and Statements within 14 days of the petition date; and

WHEREAS, on May 8, 2023, the Clerk of the Court served a Final Notice of Section 521 Deficiencies on the Debtor, the Chapter 13 Trustee, and the Office of the United States Trustee; and

WHEREAS, on May 22, 2023, the Clerk of the Court entered a request for judicial determination for the deficiencies in the Debtor's filings; and

WHEREAS, on May 25, 2023, the Court entered an order scheduling a hearing on the Order to Show Cause why this case should not be dismissed for failure to file the Missing Schedules and Statements; and

WHEREAS, from time to time, and on July 31, 2023, the Court held hearings on the Order to Show Cause why this case should not be dismissed for failure to file the Missing Schedules and Statements, at which the Debtor did not appear; and

WHEREAS, as of the date of this Order, the Debtor has not filed the Missing Schedules and Statements.

NOW, THEREFORE, it is hereby

ORDERED, that, based on the entire record, including the record of the July 31, 2023 hearing, the Debtor's case is dismissed for failure to comply with Bankruptcy Code Section 521(i) and Bankruptcy Rule 1007(c), effective May 22, 2023, which is the 46th day after the Petition Date.

Dated: Brooklyn, New York
August 3, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge

TO:
Mohammed M Islam
3227 92nd St
East Elmhurst, NY 11389

Krista M Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Mark Broyles
28 East Main Street, Suite 1800
Rochester, NY 14614

Ross Eisenberg, Esq.
445 Central Ave. Suite 112
Cedarhurst, NY 11516

David A. Gallo & Associates LLP
47 Hillside Avenue, 2nd Floor
Manhasset, NY 11030
Attn: Robyn E. Goldstein, Esq.

FRIEDMAN VARTOLO, LLP
Attorneys for American Mortgage Investment
Partners Management, LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner
Trustee of the Residential Credit Opportunities Trust V-D
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

Elizabeth L Doyaga
53 Gibson Street
Bay Shore, NY 11706