# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 8/3/2023 |
| Case: 1−23−41205−ess | Form ID: pdf000 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| tr | Krista M Preuss | info@ch13edny.com |
| aty | Elizabeth L Doyaga | edoyaga@flwlaw.com |
| aty | Mark K Broyles | broylesmk@rgcattys.com |
| aty | Ross Eisenberg | ross@eisenberglawpllc.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Mohammed M Islam    3227 92nd St    East Elmhurst, NY 11389 | |
| 10184454 | American Mortgage Investment Partners Management    C/O Friedman Vartolo LLP    1325 Franklin Avenue Suite 160    Garden City, NY | |
| | David A. Gallo & Associates LLP    47 Hillside Avenue, 2nd Floor    Manhasset, NY 11030    Attn: Robyn E. Goldstein, Esq. | |

TOTAL: 3